IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:13-173 |
| | ) | 18 U.S.C. § 922(g)(1) |
| vs. | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(e) |
| SHANNON DAVID POWERS | ) | |
| | ) | INDICTMENT |

THE GRAND JURY CHARGES:

That on or about October 26, 2012, in the District of South Carolina, the Defendant, SHANNON DAVID POWERS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, firearms and ammunition, that is, a Keystone Sporting Arms (KSA) .22 caliber rifle, a Sears & Roebuck .12 gauge shotgun, .22 caliber ammunition, and .12 gauge ammunition, all of which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

A __True__ Bill

REDACTED
FOREPERSON

_/s/_
WILLIAM N. NETTLES   (MBC/jw)
UNITED STATES ATTORNEY